DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT KIRCHGESSNER** and **ANA PAULA OLIVEIRA,**
Appellants,

v.

**PARTNERS FOR PAYMENT RELIEF DE IV, LLC,**
Appellee.

No. 4D20-535

[January 21, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Senior Judge; L.T. Case No. CACE 19-001332 (11).

Jonathan Kline of Jonathan Kline, P.A., Weston, for appellants.

Albert A. Zakarian of Gilbert Garcia Group, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***